AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>An Alcatel Smartphone cellular telephone with a black and grey checkered back panel and a cracked screen | )<br>)<br>)   Case No. 3:21-MC– 454<br>)<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

An Alcatel Smartphone cellular telephone with a black and grey checkered back panel and a cracked screen currently located at the FBI Scranton Resident Office

located in the _____ Middle _____ District of _____ Pennsylvania _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment A

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Distribution and possession with intent to distribute a controlled substance |
| 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*TFO [signature]*
*Applicant's signature*

FBI TFO Christopher Maguire
*Printed name and title*

IN PERSON

Attested to by the applicant in ~~accordance with the requirements of Fed. R. Crim. P. 4.1 by~~
_____ *(specify reliable electronic means)*.

Date: 05-26-21

*[signature]*
*Judge's signature*

City and state: Scranton, PA

Karoline Mehalchick, Chief US Magistrate Judge
*Printed name and title*